**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VALLEY FORGE INSURANCE COMPANY,

    Plaintiff,

v.                                     Case No. 13-11168

CITY OF DETROIT and EDDIE ADAMS,

    Defendants.
                                                /

**ORDER ADMINISTRATIVELY CLOSING THE CASE**

Plaintiff, an insurance company, seeks a declaratory judgment against one of its insureds, the City of Detroit, as well as an individual. On July 18, 2013, Detroit declared bankruptcy. *In re Detroit*, 13-53846 (Bankr. E.D. Mich.). In accord with both 11 U.S.C. § 362(a) and the agreement of each party,

IT IS ORDERED that the case is ADMINISTRATIVELY CLOSED. A party may move to re-open the case at the dissolution of Detroit's bankruptcy stay.

                                                   s/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: September 3, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 3, 2013, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522